1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LORENZO FOSSELMAN, JR., aka
     El Heru Kweli Ra Uhuru,
11

12             Plaintiff,                    No. 2:12-cv-2022 KJN P

13        vs.

14   MATTHEW CATE, et al.,

15             Defendants.                   ORDER

16   _____/

17             Plaintiff is a state prisoner proceeding without counsel.  On August 1, 2012,

18   defendants Cate and Heberle removed this civil rights action from state court pursuant to 28

19   U.S.C. § 1441(a).  In his complaint, plaintiff alleges violations of his civil rights by defendants.

20   However, the alleged violations took place at Salinas Valley State Prison in Kern County, which

21   is part of the Fresno Division of the United States District Court for the Eastern District of

22   California.  See Local Rule 120(d).

23             Pursuant to Local Rule 120(f), a civil action which has not been commenced in

24   the proper division of a court may, on the court's own motion, be transferred to the proper

25   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

26   court.

                                    1

1         Good cause appearing, IT IS HEREBY ORDERED that:

2         1.  This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4         2.  All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6         United States District Court
        Eastern District of California

7         2500 Tulare Street
        Fresno, CA 93721

8

9 DATED:  August 8, 2012

10

11

12 KENDALL J. NEWMAN
        UNITED STATES MAGISTRATE JUDGE

13 /foss2022.22

14

15

16

17

18

19

20

21

22

23

24

25

26